IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARRYEL PALMER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION 09-00346-WS-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 14, 2010, is **ADOPTED** as the Opinion of this Court.

**DONE** and **ORDERED** this the 29th day of December, 2010.

                                          s/WILLIAM H. STEELE
                                          **CHIEF UNITED STATES DISTRICT JUDGE**