IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRYEL PALMER, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION 09-00346-WS-B |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits, be **AFFIRMED.**

**DONE** and **ORDERED** this the 29th day of December, 2010.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**